# EXHIBIT B

January 26, 2026

**Addendum to Offer Letter and Confidentiality, Non-Competition, Non-Disclosure and Non-Solicitation Agreement**

This Addendum modifies the employment agreement dated August 6, 2019, between MedVet Associates, LLC ("**MedVet**") and Jon M. Fletcher, DVM, DACVIM (SAIM) ("**you**") ("**Offer Letter**"). All capitalized terms that are not otherwise defined in this Addendum will have the meanings provided in the Offer Letter or the Confidentiality, Non-Competition, Non-Disclosure and Non-Solicitation Agreement attached as <u>Exhibit A</u> to the Offer Letter (the "Agreement").

**RECITALS**

A. You informed MedVet that you intend to resign your employment with MedVet to begin new employment as VP of Specialty Medicine at Mission Pet Health ("**New Employment**"). Your desired last date of employment is January 23, 2026, but MedVet has requested that your last date of employment be January 30, 2026.

B. You acknowledge that your New Employment will violate the non-competition provisions of the Agreement.

C. You acknowledge that as the Director, Post-Graduate Education and Clinical Studies, you had unique access to and opportunity to build relationships with MedVet's Program Directors and Sponsored Residents.

D. In consideration of your continued employment through January 30, 2026, recognition of your service to MedVet, and reaffirmation of your intent to honor the Agreement with the modifications noted below, MedVet desires to receive from you certain assurances around protective covenants, and you agree to provide such covenants on the terms and conditions set forth below.

**ADDENDUM**

MedVet and you further agree as follows:

**1.     Agreement Paragraphs 4(b) and 4(c).** MedVet and you agree that these paragraphs will be amended so that "in North America" is replaced with the following:

(a) within a 25 air-mile radius of any current MedVet hospital's premises outside of Louisiana; (b) within a 25 air-mile radius of any location MedVet has identified as of the last date of employment where it will build, open or acquire a hospital for two years from the last date of employment outside of Louisiana; (c) within the parish, or the parish contiguous to, of any current MedVet hospital's premises within Louisiana; and (d) within the parish, or the parish contiguous to, of any location MedVet has identified as of the last date of employment where it will build, open or acquire a hospital for two years from the last date of employment within Louisiana.

**2.     Agreement Paragraph 2(h).** MedVet and you agree that this paragraph will be replaced with the following:

(h) "**Restricted Period**" means a period of two years after the termination of the Employment Relationship.

**3.     Agreement Paragraph 5**.  MedVet and you agree that this paragraph will be replaced with the following:

(5)     **Non-Solicitation of Training Program Participants, Clients and Referral Partners Covenant.**  You agree that during the Employment Relationship and during the Restricted Period, you will not, directly or indirectly: (a) dissuade Training Program Participants, Clients or Referral Partners from utilizing the services of MedVet; (b) solicit or otherwise divert or interfere with business relationships between MedVet and any Training Program Participant, Client, Referral Partner, supplier, vendor or independent contractor or attempt to assist any third party in doing so; or (c) hire any current or former MedVet Program Director or Sponsored Resident during the Restricted Period.

**4.     Entire Agreement.**  Except as modified by this Addendum, the Offer Letter and the Agreement contain the entire and exclusive agreement of the parties with respect to your employment with MedVet and remains in full force and effect. You specifically agree and acknowledge that every other term of the Agreement is valid, binding and enforceable, and you intend and will honor each promise contained therein, including to refrain from solicitation of Training Program Participants.

**MedVet:**

MedVet Associates, LLC

**By:** _____
        **Lauren Boyd, DVM, DACVIM (SAIM)**
        **Chief Medical Officer**

**You:**

_____
**Jon Fletcher, DVM, DACVIM (SAIM)**