# EXHIBIT C



250 West Street | Suite 700 | Columbus, OH 43215

January 26, 2026

WRITER'S DIRECT NUMBER: 614-462-1069
EMAIL: Catherine.Strauss@icemiller.com

<u>**VIA E-MAIL**</u>

Jon Fletcher
jfletcher.lsu@gmail.com
Jon.fletcher@medvet.com

  RE: *Veterinary Employment Agreement and Violations of Non-Compete*

Dear Dr. Fletcher,

  Our law firm represents MedVet Associates, LLC ("MedVet") with respect to your Confidentiality, Non-Competition, Non-Disclosure, and Non-Solicitation Agreement dated on or about August 9, 2019 ("Agreement"). Recall that you executed the Agreement in consideration of your access to MedVet's proprietary information and ongoing employment at MedVet. A copy of your Agreement is enclosed for your reference.

  You informed MedVet that you intend to resign your employment with MedVet to begin a new role as Vice President of Specialty Medicine at Mission Pet Health, a competing business ("New Employment"). You initially proposed a last day of January 23, 2026, and MedVet requested that your final day of employment be January 30, 2026.

  MedVet understands your desire to pursue the New Employment and appreciates your contributions during your time with the organization. At the same time, you have acknowledged that the New Employment will violate the non-competition provisions, and likely other provisions, of the Agreement.

## **Non-Competition**

  Under the Agreement, you made several promises not to compete with MedVet. The Agreement provides:

  §4. Non-Competition Covenant.

***

   (c) … during the Restricted Period, you will not engage in any capacity, directly or indirectly, in a Competing Business in North America.

[Agreement, §4(c)].

Jon Fletcher
January 26, 2026
Page 2

Notably, the Restricted Period is defined as one-year post-employment, and the applicable geographic area is North America. Your New Employment is well within North America. Specifically, your New Employment offers around thirty-nine Specialty and/or Emergency locations within North America. Mission Pet Health is a known competitor engaged in the business of providing training programs and Specialty veterinary services similar to those provided by MedVet.

### Non-Solicitation

Under the Agreement, you made several promises not to solicit MedVet's Training Program Participants, Clients, and Referral Partners. The Agreement provides:

> §5: Non-Solicitation of Training Program Participants, Clients and Referral Partners Covenant. You agree that during the Employment Relationship and during the Restricted Period, you will not, directly or indirectly: (a) dissuade Training Program Participants, Clients or Referral Partners from utilizing the services of MedVet; or, (b) solicit or otherwise divert or interfere with business relationships between MedVet and any Training Program Participant, Client, Referral Partner, supplier, vendor or independent contractor or attempt to assist any third party in doing so.

> §6: Non-Solicitation of Employees Covenant. You further agree that during the Employment Relationship and during the Restricted Period, you will not, directly or indirectly, recruit or solicit employment of any employee or agent of MedVet or any of its affiliates, or of any person who had been an employee or agent of MedVet during the Employment Relationship and whose employment or agency terminated within the previous three months, or otherwise induce such employee or agent to leave the employment or agency of MedVet, to become an employee or agent of or otherwise be associated with you or any company or business with which you are or may become associated.

[Agreement, §5, 6].

### Confidential Information, Trade Secret, and Work Product

You also Agreed to maintain the confidentiality of MedVet's Confidential Information and Goodwill as set forth in Section 3 of the Agreement. Further, the Agreement states:

> (b): You understand and agree that, except as otherwise required by law (after first notifying MedVet and giving it reasonable opportunity to object), you will not, during the Employment Relationship, or at any time thereafter, misappropriate, exploit, or use for any purpose not specifically related to the Employment Relationship, or disclose to any person other than MedVet or its affiliates or

Jon Fletcher
January 26, 2026
Page 3

        employees acting on behalf of MedVet or its affiliates, any Confidential Information.

[Agreement, §3(b)].

        Under these provisions, engaging in competition with MedVet would constitute a violation of your non-competition obligations. Likewise, soliciting the business of any MedVet Training Program Participant, Client, or Referral Partner would breach the Agreement. In addition, any use of MedVet's Confidential Information (as defined in the Agreement), including in connection with such prohibited activities, would constitute a separate violation of your obligations under the Agreement.

        In an effort to accommodate your transition to New Employment while protecting MedVet's legitimate business interests, MedVet offered you an Addendum to the Agreement on or about January 15, 2026. The Addendum would permit you to proceed with the New Employment, while modifying the Agreement only to the extent expressly set forth in the Addendum. To date, you have declined to sign the Addendum.

        Absent the signed Addendum, the Agreement remains in full force and effect. MedVet therefore requests that you either confirm you will not proceed with the New Employment or advise that you are willing to execute the Addendum as offered. Please provide your written response no later than close of business on Wednesday, January 28, 2026. If MedVet does not receive a confirmation by that date, and you begin employment with New Employment, it will proceed on the understanding that you are in violation of the Agreement. In that event, MedVet will take appropriate steps to protect and enforce its contractual rights.

        MedVet remains open to resolving this matter promptly and professionally. Please contact me to discuss resolution of this important issue.

        Sincerely,

        ICE MILLER LLP

        Catherine L. Strauss

cc: Mission Pet Health

Enclosures

4937-7015-7194.2